**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MARK MASON,

      Plaintiff,

v.                                                   CASE NO. 6:10-cv-1805-Orl-36GJK

WYNDHAM VACATION OWNERSHIP,
INC.,

      Defendant.
_____/

## **ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on February 17, 2012 (Doc. 40). In the Report and Recommendation, Judge Kelly recommends that the Court grant the parties' Joint Motion to Approve Settlement, filed on February 16, 2012 (Doc. 39), and dismiss this case with prejudice. The parties filed a Joint Notice of No Objection to the Report and Recommendation of Magistrate Judge Kelly on February 21, 2012 (Doc. 41).

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between Plaintiff Mark Mason and Defendant Wyndham Vacation Ownership, Inc. is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 40) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion to Approve Settlement (Doc. 39) is **GRANTED**. The Settlement (Doc. 39, pp. 8-12) is thereby **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Orlando, Florida, on February 22, 2012

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD
UNREPRESENTED PARTIES
MAGISTRATE JUDGE BAKER